UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARRELL CHARLES,

                                         CASE NO.: 8:16-cv-3335-T-23JSS

       Plaintiff,

v.

SAMSSON CONSTRUCTION
INCORPORATED,

       Defendant.

_____/

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF
## DEFENDANT'S AMENDED RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, DARRELL CHARLES, by and through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendant's Amended Rule 68 Offer of Judgment dated July 28, 2017, attached hereto as Exhibit A.

Dated:  July 31, 2017.

Respectfully submitted,

**FLORIN GRAY BOUZAS OWENS, LLC**

*/s/ Wolfgang M. Florin, Esquire*_____
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
Primary:        wolfgang@fgbolaw.com
Secondary:   tina@fgbolaw.com
**CHRISTOPHER D. GRAY, ESQUIRE**
Florida Bar No.: 902004
chris@fgbolaw.com
**ROBIN M. OROSZ, ESQUIRE**
Florida Bar No.: 724769
robin@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558

Telephone (727) 254-5255
Facsimile (727) 483-7942
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2017, a true and correct copy of the above and foregoing notice was electronically filed with the Clerk of Court via the CM/ECF system which will send a notice of electronic filing to Clay C. Schuett, Esquire, SCHUETT LAW GROUP, 8200 113th Street North, Suite 101, Seminole, FL 33772.

**FLORIN GRAY BOUZAS OWENS, LLC**

*/s/ Wolfgang M. Florin, Esquire*_____
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
Primary:        wolfgang@fgbolaw.com
Secondary:    tina@fgbolaw.com
**CHRISTOPHER D. GRAY, ESQUIRE**
Florida Bar No.: 902004
chris@fgbolaw.com
**ROBIN M. OROSZ, ESQUIRE**
Florida Bar No.: 724769
robin@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942
Attorneys for Plaintiffs